NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ACER AMERICA CORPORATION, CYBERLINK.COM CORPORATION, GATEWAY, INC., APPLE, INC., ASUS COMPUTER INTERNATIONAL, INC., DELL, INC., MICROSOFT CORPORATION, NERO AG, NERO, INC., SONIC SOLUTIONS, SONY CORPORATION, AND SONY ELECTRONICS, INC.,

*Petitioners.*

---

Miscellaneous Docket No. 942

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in consolidated case nos. 08-CV-0369 and 07-CV-0376, Magistrate Judge Charles Everingham IV.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Acer America Corporation et al. (Acer) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate

its orders denying Acer's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

MediaStream Inc. is directed to respond no later than 17 days from the date of filing of this order.

FOR THE COURT

__MAY 2 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc: Joshua M. Masur, Esq.
Elaine Y. Chow, Esq.
Mark C. Scarsi, Esq.
Scott F. Partridge, Esq.
George F. Pappas, Esq.
M. Craig Tyler, Esq.
Roderick M. Thompson, Esq.
Richard S. Gresalfi, Esq.
Byron W. Cooper, Esq.
Clerk, United States District Court for the Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2010

JAN HORBALY
CLERK